UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | NO. EDCV 16-2526-DMG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), Plaintiff's Objections, Defendants' Response to Objections and Plaintiffs' Supplemental and Amended Objections to Report and Recommendation ("Supplemental Objection"). Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

In his objections, Plaintiff requests a jury trial. A Federal Tort Claims Act ("FTCA") action against the United States is tried by the court without a jury. 28 U.S.C. § 2402; *Osburn v. Haley*, 549 U.S. 225, 252 (2007) ("actions against the United States ordinarily 'shall be tried by the court without a jury'"); *Nurse v. United States*, 226 F.3d 996, 1004 (9th Cir. 2000); *In re Consolidated U.S. Atmospheric Testing Litig.*, 820 F.2d 982, 992 n.4 (9th Cir. 1987) ("The FTCA specifically provides

that in tort actions against the United States, trials shall be to the court without a jury. 28 U.S.C. § 2402."). In his Supplemental Objections, Plaintiff acknowledges that FTCA claims are tried to the court, "not by jury." (Supp. Obj. at 1.)

In his objections, Plaintiff also requests punitive damages. However, punitive damages are not available in a FTCA action against the United States. 28 U.S.C. § 2674; *Nurse*, 226 F.3d at 1005.

Plaintiff is further advised that he cannot amend his complaint by adding allegations or claims in his Objections or Supplemental Objections. Plaintiff must file a motion for leave to amend the First Amended Complaint and attach a proposed Second Amended Complaint. Fed. R. Civ. P. 15.

IT IS ORDERED that Defendants' motion to dismiss (Dkt. No. 77) is GRANTED IN PART and DENIED IN PART as follows:

(1) Defendants' motion to dismiss all defendants except the United States is GRANTED and, therefore, Defendants Chatman's and Dorethy's motion to dismiss is DENIED AS MOOT (Dkt. No. 97);

(2) Defendants' motion to reduce Plaintiff's request for damages to $250,000 is GRANTED WITH LEAVE TO AMEND;

(3) Defendants' motion to dismiss unexhausted FTCA claims based on conduct by BOP personnel other than Salsidio is GRANTED WITHOUT PREJUDICE to Plaintiff's ability to file a motion for leave to amend the complaint after he exhausts his administrative remedies. The Court, however, expresses no view as to the merits of such a motion; and

(4) Defendants' motion to dismiss the FTCA claims in all other respects is DENIED.

IT IS FURTHER ORDERED that Defendant United States of America shall file an answer to the First Amended Complaint within 30 days after the entry of this order.

1 | Plaintiff's pending motions (Dkt. Nos. 100 and 101) are referred to the
2 | Magistrate Judge.
3 |
4 | DATED: August 30, 2018

                                                        */s/ Dolly M. Gee*
                                               DOLLY M. GEE
                                             United States District Judge