UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELA, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendant. | NO. EDCV 16-2526-DMG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Plaintiff's motion for leave to amend is granted in part and denied in part as follows:

(a) Plaintiff's motion for leave to file the Proposed Second Amended Complaint and Proposed Corrected Second Amended Complaint are denied as written;

(b) Plaintiff is granted leave to file a Second Amended Complaint containing solely FTCA claims for damages against the United States based on (i) the April 2014 incident alleged in the First Amended Complaint; and (ii) the treatment of Plaintiff's 2016 infection and meningitis, within 30 days after the entry of this order; and

(c) Plaintiff's motion for leave to amend all other claims are denied.

DATED: September 16, 2019

_____
DOLLY M. GEE
United States District Judge