1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10   JOSE VELA,                          )    NO.  EDCV 16-2526-DMG (AGR)
                                         )
11                   Plaintiff,          )
                                         )    ORDER ACCEPTING FINDINGS AND
12        v.                             )    RECOMMENDATIONS OF UNITED
                                         )    STATES MAGISTRATE JUDGE
13   UNITED STATES OF AMERICA,           )
     et al.,                             )
14                                       )
                     Defendants.         )
15   _____)

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's motion for

18   dismissal of Second Amended Complaint, the records on file, the Report and

19   Recommendation of the United States Magistrate Judge ("Report"), and the

20   objections filed by both Plaintiff and Defendant.  Further, the Court has engaged in a

21   *de novo* review of those portions of the Report to which a party has objected.

22        The Court construes Plaintiff's objections as a motion for a stay until he is

23   released from custody.  Plaintiff's objections include an "Erratum [] Notice and Motion

24   to Amend Plaintiff's Motion to Dismiss Without Prejudice."  [Doc. # 197.]  Although

25   not entirely clear, Plaintiff asks for dismissal without prejudice or "a pause in these

26   matters until the Plaintiff is released out of the custody of the Defendants and back to

27   society so that he may seek assistance in these matters."  (*Id.* at 13.)[1]  Plaintiff

28
     _____

        [1] Page citations are to the page numbers assigned by CM/ECF in the header
     of the document.

1   explains that he sought dismissal so that he could continue with the litigation once

2   released from custody.  (*Id.* at 11, 13.)  The Magistrate Judge ordered Defendant to

3   file a response to Plaintiff's motion for a stay.  [Doc. # 200.]  Defendant filed a

4   response. [Doc. # 203.]  The Magistrate Judge ordered Plaintiff to file a reply but

5   Plaintiff did not do so.  [Doc. # 207.]

6        According to the Bureau of Prisons website, Plaintiff's projected release date

7   from residential reentry is March 31, 2021.  (Williams Decl. ¶ 12, Doc. # 203-1);

8   https://www.bop.gov/inmateloc.

9        IT IS ORDERED that Plaintiff's motion for dismissal of the Second Amended

10  Complaint is DENIED and his alternative motion for a stay of proceedings is

11  GRANTED IN PART until March 31, 2021.  [Doc. # 190.]  The matter is referred back

12  to the Magistrate Judge to address pending motions.

13       Plaintiff is reminded that it is his responsibility to apprise the Court and

14  opposing counsel of his current address as well as telephone number and email

15  address.  Failure to do so may result in dismissal of this action for failure to

16  prosecute.  Local Rule 41-6.

17

18  DATED:  March 22, 2021                    _____

19                                            DOLLY M. GEE
                                              United States District Judge

20

21

22

23

24

25

26

27

28