JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | NO. EDCV 16-2526-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that Judgment be entered in favor of Defendants and that this action is dismissed for failure to prosecute

DATED: March 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE